# In the United States Court of Federal Claims
**OFFICE OF SPECIAL MASTERS**
No. 15-1383V
Filed: April 21, 2016
Not to be Published

```
* * * * * * * * * * * * * * * * * * * * * * * * *
                                                *
JANET CAKIR, as parent and                      *
guardian of C.A.C., a minor,                    *
                                                *
        Petitioner,                             *   Petitioners' Motion for a
                                                *   Decision Dismissing the Petition;
              v.                                *   Insufficient Proof of Causation; Vaccine
                                                *   Act Entitlement; Denial Without Hearing
SECRETARY OF HEALTH AND                         *
HUMAN SERVICES,                                 *
                                                *
        Respondent.                             *
                                                *
* * * * * * * * * * * * * * * * * * * * * * * * *
```

## DECISION

On November 16, 2015, Petitioner filed a Petition for Vaccine Compensation in the National Vaccine Injury Compensation Program ("the Program"),[1] alleging that various vaccinations injured C.A.C.   The information in the record, however, does not show entitlement to an award under the Program.

On April 20, 2016, Petitioner moved for a decision dismissing her petition.

Accordingly, **this case is dismissed.  The Clerk shall enter judgment accordingly.**

**IT IS SO ORDERED.**

_____
George L. Hastings, Jr.
Special Master

---

[1] The Program comprises Part 2 of the National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755, codified as amended, 42 U.S.C. §§ 300aa-10 *et seq.* (hereinafter "Vaccine Act" or "the Act").  Hereafter, individual section references will be to 42 U.S.C. § 300aa of the Act.